# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Beverly L. Mitchell**
   Debtor

Case No.:   18–10937–SDB
Judge:   Susan D. Barrett
Chapter:   7

## NOTICE OF CONTINUED HEARING

The Hearing on Motion for Relief From Stay filed by TD Auto Finance LLC originally scheduled **March 14, 2019** has been <u>continued</u> to:

*April 30, 2019 , at 09:00 AM ,
U.S. Bankruptcy Court,
Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901 .*

All other provisions of the original notice remain in full force and effect.

**Lucinda Rauback, CLERK**
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: March 15, 2019

B–40C [Rev. 03/19]   **LLH**